◼ Peter Cserhalmi, Appellant, v County of Nassau, Respondent.

Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.